Electronically Issued
9/9/2022 4:03 PM

SUMM

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MARIA ANTONIETA ESCOBAR-RIVERA, an individual,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,

Defendants.

CASE NO.

DEPT. NO.

CASE NO: A-22-858173-C
Department 23

**SUMMONS**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**99 CENTS ONLY STORES LLC**

TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

**Issued at the direction of:**

DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
REZA R. AYAZI, ESQ.
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
david@tannerlawfirm.com
reza@tannerlawfirm.com
Phone (702) 987-8888
Facsimile (702) 410-8070

**STEVEN D. GRIERSON, CLERK OF COURT**

By: Patricia Azucena 9/9/2022
Deputy Clerk Date
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
Patricia Azucena-Preza

Electronically Filed
9/9/2022 4:03 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**

DAVID A. TANNER, Esq.
Nevada Bar No. 8282
REZA R. AYAZI, Esq.
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
reza@tannerlawfirm.com
*Attorneys for Plaintiff*

CASE NO: A-22-858173-C
Department 23

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MARIA ANTONIETA ESCOBAR-RIVERA, an individual,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,

Defendants.

CASE NO.

DEPT. NO.

**COMPLAINT**

**COMPLAINT**

COMES NOW, Plaintiff, MARIA ANTONIETA ESCOBAR-RIVERA, by and through her attorneys, David A. Tanner, Esq. and Reza R. Ayazi of the TANNER LAW FIRM, and complains and alleges against Defendants, and each of them, as follows:

...

...

...

...

**THE PARTIES**

1. This Court has jurisdiction over this matter under NRS 14.065 and NRS 4.370(1), as the facts alleged occurred in Clark County, Nevada and involve an amount in controversy in excess of $15,000.00. Venue is proper pursuant to NRS 13.040, as Defendant, or any one of them resided in Clark County, Nevada at the commencement of this action.

2. At all times relevant hereto, Plaintiff, MARIA ANTONIETA ESCOBAR-RIVERA ("Maria" or "Plaintiff"), is and was a resident of Clark County, Nevada.

3. At all times relevant hereto, Defendant, 99 CENTS ONLY STORES LLC ("99 Cents Only Stores"), is and was a foreign corporation and was licensed to and was conducting business in Clark County, Nevada.

4. Plaintiff believes that 99 CENTS ONLY STORES LLC owned, operated, maintained, and managed 99 Cents Only Store, a store located in Clark County, Nevada.

5. 99 Cents Only Store is located at 45 North Nellis Boulevard, Las Vegas, Nevada 89110.

6. The true names and capacities, whether individual, corporate, associate, or otherwise of Defendant Does I through X and Roe Corporations I through X are unknown to Plaintiff at this time, who therefore sues said Defendant by such fictitious names. Plaintiff is informed and believes and therefore alleges that each of the Defendant designated as Does and Roe Entities are responsible in some manner for the events and happenings referred to as alleged herein, whether by actually or have responsibility for creating the hazard, failing to warn of the hazard, owning, managing, maintaining, inspecting, cleaning, supervising, or controlling the premises, or in some other manner as set forth herein. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names and capacities of Does I through X and Roe Entities I through X when the same have been ascertained and to join such Defendants in this action.

**GENERAL ALLEGATIONS**

7. On or about January 13, 2021, Plaintiff was at 99 Cents Only Store located at 45 North Nellis Boulevard, Las Vegas, Nevada 89110.

8. Plaintiff was legally on the premises at 99 Cents Only Store at the time of this incident.

9. At all times relevant herein, the Defendant was the owner, manager, maintainer, inspector, supervisor, or controller of the premises where Plaintiff was located.

10. Plaintiff believes that at all times relevant herein, the Defendant and each of them were the employees or agents of the other Defendant and were acting in the course and scope of their employment or agency.

11. While walking down what Plaintiff believes was the detergent aisle, Plaintiff encountered an unknown and unforeseen liquid on the floor causing her to slip and fall causing severe and debilitating injuries to herself.

12. Plaintiff believes that Defendant has a policy that 99 Cents Only Store must be routinely inspected, maintained, and cleaned so they are kept safe and in good repair or warnings used to ensure patrons, such as Plaintiff, are not harmed.

13. Plaintiff believes that the Defendant understands that a transparent, latent liquid on the floor is a hazardous condition and can lead to a patron being injured.

14. On or about January 13, 2021, Defendant negligently failed to maintain, manage, inspect, clean, supervise, control, and repair the premises and further failed to warn Plaintiff of hazards which resulted in Plaintiff's injuries.

15. Defendant's personnel did not use warnings to alert patrons, such as Plaintiff, of the hazardous condition.

**FIRST CAUSE OF ACTION**
**(Negligence)**

16. Plaintiff hereby incorporates the allegations set forth above in paragraphs 1 through 15 as though fully set forth herein.

17. Defendant had a duty to maintain, manage, inspect, clean, supervise, control, and repair the premises and associated equipment to ensure that no hazards existed that could harm a patron. Defendant had a duty to warn of hazards such as liquid on the floor.

18. Defendant breached these duties, which breached proximately cause harm to Plaintiff.

19. As a result of Defendant's conduct, Plaintiff has suffered damages, and Plaintiff is entitled to damages in excess of $15,000.00.

20. As a result of Defendant's conduct, as set forth herein, Plaintiff has been required to retain the services of an attorney, and, as a direct, natural, and foreseeable consequence thereof, has been damaged thereby, and is entitled to reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendant as follows:

1. General damages in an amount in excess of $15,000.00;
2. Special damages in an amount in excess of $15,000.00;
3. Costs of suit and attorneys' fees;
4. For judgment for interest; and
5. For such other and further relief as this Court deems just and proper.

Dated this 1 date of September, 2022

By: ______________________

DAVID A. TANNER, Esq.
Nevada Bar No. 8282
REZA R. AYAZI, Esq.
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
reza@tannerlawfirm.com
*Attorneys for Plaintiff*

Electronically Filed
9/30/2022 4:33 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**ANS**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnvlaw.com*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MARIA ANTONIETA ESCOBAR-RIVERA, an individual,<br><br>Plaintiff,<br>vs.<br><br>99 CENTS ONLY STORES, LLC a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: A-22-858173-C<br>DEPT. NO.: 23 |

**DEFENDANT, 99 CENTS ONLY STORES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, 99 CENTS ONLY STORES, LLC., by and through its attorneys, LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers Plaintiff's Complaint on file herein as follows:

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**THE PARTIES**

1. Answering Paragraphs 1, 2, and 6 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 4 and 5 of Plaintiff's Complaint on file herein, Defendant admits the allegations contained therein. Answering Paragraph 3 of Plaintiff's Complaint on file herein. "At all times relevant hereto, Defendant, 99 CENTS ONLY STORES LLC ("99 Cents Only Stores"), is and was", Defendant admits the allegations contained therein. As to, "a foreign corporation", Defendant denies the allegations contained therein. As to "and was licensed to and was conducting business in Clark County, Nevada." Defendant admits the allegations contained therein.

**GENERAL ALLEGATIONS**

3. Answering Paragraphs 7, 8, 9, 10, 11, 12, 13 and 15 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

4. Answering Paragraphs 14 of Plaintiff's Complaint on file herein, Defendant denies each and every allegation contained therein.

**FIRST CAUSE OF ACTION**
**(Negligence)**

5. Answering Paragraph 16 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation contained in Paragraphs 1 through 15 as though fully set forth herein.

/ / /

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

6. Answering Paragraph 17 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

7. Answering Paragraphs 18, 19 and 20 of Plaintiff's Complaint on file herein, Defendant denies each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD. LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, 99 CENTS ONLY STORES, LLC., prays as follows:

1. That Plaintiff take nothing by way of her Complaint on file herein;
2. For reasonable attorney's fees and costs of suit incurred herein;
3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 30th day of September, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that on September 30, 2022, I served the foregoing **DEFENDANT, 99 CENTS ONLY STORES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

**DAVID A. TANNER, ESQ.**
Nevada Bar No. 8282
**REZA R. AYAZI, ESQ.**
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
(702) 987-8888
Facsimile (702) 410-8070
*Attorneys for Plaintiff,*
*MARIA ANTONIETA ESCOBAR-RIVERA*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
9/30/2022 4:33 PM
Steven D. Grierson
CLERK OF THE COURT

DMJT
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.orr@bsnv.law
h.gonzalez@bsnvlaw.com
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MARIA ANTONIETA ESCOBAR-RIVERA, an individual,<br><br>Plaintiff,<br>vs.<br><br>99 CENTS ONLY STORES, LLC a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: A-22-858173-C<br>DEPT. NO.: 23 |

**DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, 99 CENTS ONLY STORES LLC., by and through its attorney of record, LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby demands a Jury Trial in the above-

/ / /

/ / /

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

entitled action.

DATED this 30th day of September, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on September 30, 2022, I served a true and correct copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic filing system, upon the following:

**DAVID A. TANNER, ESQ.**
Nevada Bar No. 8282
**REZA R. AYAZI, ESQ.**
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
(702) 987-8888
Facsimile (702) 410-8070
*Attorneys for Plaintiff,*
*MARIA ANTONIETA ESCOBAR-RIVERA*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
9/30/2022 4:33 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DSST**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnvlaw.com*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MARIA ANTONIETA ESCOBAR-RIVERA, an individual,<br><br>Plaintiff,<br>vs.<br><br>99 CENTS ONLY STORES, LLC a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: A-22-858173-C<br>DEPT. NO.: 23 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, 99 CENTS ONLY STORES LLC, hereby certifies that to their knowledge, Defendant, 99 CENTS ONLY STORES LLC, is a limited liability company with no publicly held company owning ten percent (10%) or more of 99 CENTS ONLY STORES LLC.

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

There are no other known interested parties other than those identified.

DATED this 30th day of September, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on September 30, 2022, I served a true and correct copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system, upon the following:

**DAVID A. TANNER, ESQ.**
Nevada Bar No. 8282
**REZA R. AYAZI, ESQ.**
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
(702) 987-8888
Facsimile (702) 410-8070
*Attorneys for Plaintiff,*
*MARIA ANTONIETA ESCOBAR-RIVERA*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
9/30/2022 4:33 PM
Steven D. Grierson
CLERK OF THE COURT

**CSRE**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnvlaw.com*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MARIA ANTONIETA ESCOBAR-RIVERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: A-22-858173-C<br>DEPT. NO.: 23 |

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties: 99 CENTS ONLY STORES LLC.

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; j.orr@bsnv.law; and h.gonzalez@bsnv.law

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 30th day of September, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on September 30, 2022, I served a true and correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**DAVID A. TANNER, ESQ.**
Nevada Bar No. 8282
**REZA R. AYAZI, ESQ.**
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
(702) 987-8888
Facsimile (702) 410-8070
*Attorneys for Plaintiff,*
*MARIA ANTONIETA ESCOBAR-RIVERA*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
9/30/2022 4:33 PM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**REQT**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnvlaw.com*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MARIA ANTONIETA ESCOBAR-RIVERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: A-22-858173-C<br>DEPT. NO.: 23 |

**NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant, 99 CENTS ONLY STORES LLC., hereby requests that Plaintiff, MARIA ANTONIETA ESCOBAR-RIVERA, provide, within 30 days of this Request, a computation of any and all categories of damages claimed by Plaintiff, including making available for inspection and copying as under Rule 34 the documents or other evidentiary

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

matter, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 30th day of September, 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I certify that on September 30, 2022, I served a true and correct copy of the foregoing **NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

**DAVID A. TANNER, ESQ.**
Nevada Bar No. 8282
**REZA R. AYAZI, ESQ.**
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
(702) 987-8888
Facsimile (702) 410-8070
*Attorneys for Plaintiff,*
*MARIA ANTONIETA ESCOBAR-RIVERA*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
10/4/2022 1:14 PM
Steven D. Grierson
CLERK OF THE COURT

**ABREA**
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
REZA R. AYAZI, Esq.
Nevada Bar No. 15495
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
reza@tannerlawfirm.com
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MARIA ANTONIETA ESCOBAR-RIVERA, an individual,

Plaintiff,

vs.

99 CENTS ONLY STORES LLC, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,

Defendants

CASE NO.: A-22-858173-C

DEPT. NO.: XXIII

**PETITION FOR EXEMPTION FROM ARBITRATION**

## PETITION FOR EXEMPTION FROM ARBITRATION

Plaintiff, MARIA ANTONIETA ESCOBAR-RIVERA, hereby requests the above-entitled matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, because this case involves an amount in issue in excess of $50,000.00, exclusive of interest and costs.

A summary of the facts which support the contention for exemption are as follows:

On or about January 13, 2021, Ms. Escobar-Rivera was at the 99 Cent Only store located at 45 N. Nellis Blvd., Las Vegas, NV 89110. While walking down what Plaintiff believes was the detergent aisle, Ms. Escobar-Rivera encountered an unknown and unforeseen trail of liquid on the floor causing her to slip and fall causing severe and debilitating injuries to herself.

Following Plaintiff's January 13, 2021 incident, Ms. Escobar-Rivera went to Sunrise Hospital for foot, hip, knee pain, right upper extremity pain and neck pain. On January 14, 2021, until May 13, 2021 Ms. Escobar-Rivera treated with Neck and Back clinic for multiple visits a week. Plaintiff was referred to a pain management specialist and saw him on March 29, 2021 complaining of neck and back pain, right shoulder, wrist and knee pain. Plaintiff received injections in her neck and back on April 7, 2021 and April 14, 2021. Due to continued wrist pain Plaintiff met with an orthopedic doctor on June 9, 2021 and again on July 7, 2021. Plaintiff had wrist surgery on March 25, 2022. Ms. Escobar-Rivera continues to experience pain and is following up with an orthopedic doctor who has recommended shoulder surgery and is pending medical clearance.

Due to Ms. Escobar-Rivera's significant injuries, to date she has incurred the following medical expenses:

| | | |
|---|---|---|
| 1. | American Medical Response | $1,242.92 |
| 2. | Extremities Surgical Institute | $139,786.00 |
| 3. | Fremont Emergency Services Mandavia | $1,428.00 |
| 4. | Injury Center of Nevada | $2,050.00 |
| 5. | Nevada Orthopedic & Spine Center | $840.00 |
| 6. | OrthoCor Medical | $6,000.00 |
| 7. | Radiology Specialists, LTD | $291.00 |
| 8. | SimonMed Imaging | $8,925.75 |
| 9. | Sunrise Hospital | $15,634.00 |
| 10. | The Neck and Back Clinic | $14,205.00 |
| 11. | Velazquez Pain Relief Center | $14,245.00 |
| | **TOTAL:** | **$204,647.67** |

Ms. Escobar-Rivera will seek compensation for her past and future pain and suffering, loss of household services, and loss of enjoyment of life.

Based upon the foregoing, Plaintiff requests that this matter be exempted from the Arbitration Program.

I hereby certify pursuant to NRCP 11 this case to be within the exemption stated above and am aware of the sanctions which may be imposed against any attorney or party who, without good cause or justification, attempts to remove a case from the Arbitration Program.

Dated this 4 date of October, 2022.

By: ______________________

DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the law firm of TANNER LAW FIRM and that on the 4 day of October, 2022, I served the above and foregoing **PETITION FOR EXEMPTION FROM ARBITRATION** by Electronic Service to the following:

Lew Brandon, Jr., Esq.
Nevada Bar No. 5880
Jeffrey Orr, Esq.
Nevada Bar No. 7854
Homero Gonzalez, Esq.
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Rd.
Las Vegas, NV 89119
(702) 380-0007: office
(702) 380-2964: facsimile
*Attorneys for Defendant*
*99 Cents Only Stores, LLC*

An Employee with Tanner Law Firm